**Dismissed and Memorandum Opinion filed August 29, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00697-CV

## PRESTIQUE, INC. D/B/A RANGER ROOFING & CONSTRUCTION, Appellant

## V.

## LANKFORD CONSTRUCTION, LLC, Appellee

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2009-55731**

# M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 26, 2013. On August 23, 2013, appellant notified this court that the parties have fully and finally settled the controversy between them, rendering this appeal moot.

Accordingly, the appeal is ordered dismissed as moot.

PER CURIAM

Panel consists of Justices Frost, Boyce, and Jamison.